# United States Court of Appeals
## For the Eighth Circuit

_____

No. 22-1873
_____

Rick Lee Searcy

*Plaintiff - Appellant*

v.

Central Intelligence Agency; National Security Agency; George A. Pickett, Nina Pickett "The Estate of George Pickett"; Stephen K. Griffin, Former Clinton County Judge, 43rd Judicial Circuit; Werner A. Moentmann, Former Ray County Judge, Judicial Circuit 8; Peter Schloss, Excelsior Springs Municipal Court Prosecuting Attorney; Shawn Blair, Excelsior Springs Municipal Court Judge; Wayne Mitchell Elliott, Dorothy Sanborn Elliott, "The Estate of W. Mitchell Elliot", Former Clinton County Prosecuting Attorney; Christopher Herschel Pickett; James Michael Kennedy; Christy Lea Fisher; John Sales; Bob Griffin, Former Missouri Speaker of the House; The United States Army; Church of Latter Day Saints

*Defendants - Appellees*
_____

Appeal from United States District Court
for the Western District of Missouri
_____

Submitted: December 27, 2022
Filed: January 4, 2023
[Unpublished]
_____

Before GRASZ, MELLOY, and KOBES, Circuit Judges.
_____

PER CURIAM.

Rick Lee Searcy appeals the district court's[1] dismissal of his pro se 42 U.S.C. §§ 1983, 1985, and 1986 action. After careful review of the record and the parties' arguments on appeal, we find no basis for reversal. *See Plymouth Cnty. v. Merscorp, Inc.*, 774 F.3d 1155, 1158 (8th Cir. 2014) (Fed. R. Civ. P. 12(b) dismissal reviewed de novo); *Moore v. Jackson*, 123 F.3d 1082, 1085 (8th Cir. 1997) (Fed. R. Civ. P. 4(m) dismissal reviewed for abuse of discretion); *Oden v. Shane Smith Enters., Inc.*, 27 F.4th 631, 633 (8th Cir. 2022) (recusal decision reviewed for abuse of discretion). Accordingly, we affirm and deny the motion for oral argument as moot. *See* 8th Cir. R. 47B.

_____

_____

[1]The Honorable Greg Kays, United States District Judge for the Western District of Missouri.